10CR93 (2)

05/15/17

Honorable Alvin W. Thompson
Federal District Court
450 Main St.
Suite 240
Hartford, CT  06103

Re:   Thomas E. Gallagher, Jr. 0205-013604
      136 Richmond Ave. West Haven, CT 06516

Dear Judge Thompson,

Since being sentenced on June 6, 2011 I have served my time with Honor and Dignity.
At this point I completed the 6 month Halfway House supervision and am in the final stages of my 3 year Probation. I am proud to say that the Restitution which started at $109,000 now stands, as of the April payment, at $858.

I am writing you to sincerely request that the Court review my record for the purpose of commuting the final months of my sentence.

Aside from the desire to put this all behind me I have an employment opportunity that is hindered by the Probation process as regards travel outside the District.

This new opportunity is to become certified as an RV Inspector. I have enrolled with the NRVIA (National Recreational Vehicle Inspectors Association) and am taking their On-Line Courses, of which there are 6. Upon successfully passing of the Exams I will be eligible for the week long intense hands-on program. These are held monthly in different parts of the US.  Successful completion will allow me to sit for the certification exam. Once certified I can offer my services as an Inspector.

Travel gets important in this business. My clients will likely be in the Northeast States as Connecticut has a limited market. A job assignment acceptance will require me to be there within 2 to 3 days. Simply put there is no way for me to request permission from the Court to travel and obtain a favorable response in that short a time.

I thank you for your kind consideration.

Sincerely,

Thomas E. Gallagher, Jr

CC: William J. Nardini, Chief US Attorney Office
    Courtney Miller, Probation Officer