UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 3:10CR93(AWT) |
| | : | |
| THOMAS GALLAGHER, | : | June 15, 2017 |
| | : | |
| Defendant | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S REQUEST**
**FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The government opposes defendant Thomas Gallagher's request for early termination of supervised release as set forth in his letter to the Court dated May 15, 2017 (Doc. 863, 5/22/17). Gallagher states in his letter that he is hoping to become an RV Inspector upon passing certain exams and that if he passes, and then obtains work as an Inspector, he would be required to travel within the Northeast upon 2-3 days' notice. Gallagher states that the reason he is requesting early supervision is that his "employment opportunity [] is hindered by the Probation process as regards travel outside the District" and that "[s]imply put there is no way for me to request permission from the Court to travel and obtain a favorable response in that short a time."

Gallagher's misstates the requirements of his supervision. He is currently on Probation's administrative caseload which allows him to travel anywhere with the 48 contiguous states upon giving Probation notice. He is not required to wait to obtain a "favorable response" from Probation but instead need only send an email to his supervising probation officer or leave a voicemail message with details of where he is going and for how long. The notion that this requirement would hinder his potential new employment is inaccurate.

Given his false assertion about the burdens of his supervision and the conduct underlying

1

Gallagher's conviction, which involved Gallagher issuing fraudulent appraisals for a mortgage fraud scheme responsible for at least $3 million in losses to lenders, and covering up his role when questioned by a lender and a state regulatory agency, the Government opposes terminating his supervision early.

                                          Respectfully submitted,

                                          DEIRDRE M. DALY
                                          UNITED STATES ATTORNEY

                                          /s/       *Susan L. Wines*
                                          SUSAN L. WINES
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Federal Bar No. phv2379
                                          susan.wines@usdoj.gov
                                          157 Church Street
                                          New Haven, Connecticut 06510
                                          Tel. (203) 821-3700

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 15, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/     Susan L. Wines
SUSAN L. WINES (phv2379)
ASSISTANT U.S. ATTORNEY
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
Phone: (203) 821-3700
Fax: (203) 821-3829
E-mail: susan.wines@usdoj.gov